NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ZOILA G. LEON,                           )
                                         )
            Appellant,                   )
                                         )
v.                                       )     Case No.  2D19-2343
                                         )
CITIZENS PROPERTY INSURANCE              )
CORPORATION,                             )
                                         )
            Appellee.                    )
_____     )

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Highlands
County; David V. Ward, Judge.

David D. Gongora of Law Office of
David D. Gongora, P.A., Orlando, for
Appellant.

Mark D. Tinker of Cole, Scott & Kissane,
P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.  See Am. Ins. Co. of Fla. v. Gainey, 100 So. 3d 720 (Fla. 2d
DCA 2012).


SILBERMAN, MORRIS, and LUCAS, JJ., Concur.